672

## UNITED STATES of America, Appellant, v. John Melvin MARTINDALE and Madeline Martindale.

### No. 14659.

United States Court of Appeals
Eighth Circuit.

Aug. 19, 1952.

Philip Neville, U. S. Atty., and R. W. Johnson, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Pat McGuiggan, Cloquet, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on petition of appellant.

## UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA—UE et al., Appellants, v. The OLIVER CORPORATION.

### No. 14662.

United States Court of Appeals
Eighth Circuit.

Aug. 11, 1952.

Kenneth J. Enkel, Minneapolis, Minn., Donner & Kinoy, Marshall Perlin and R. J. Sullivan, New York City, for appellants.

Boyd G. Hayes and R. W. Zastrow, Charles City, Ia., for appellee.

PER CURIAM.

Appeal from Order of District Court fixing amount of supersedeas bond dismissed.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SCULLIN STEEL COMPANY.

### No. 14679.

United States Court of Appeals
Eighth Circuit.

Aug. 26, 1952.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Carter, Bull & McNulty, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.